UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799

VS.

CIVIL ACTION NO. 07 0413  RBW

Neighborhood Assistance Corporation of America (NACA) et al.

**Preliminary Injunction**

1. Plaintiff moves that defendants be enjoined from reporting any negative credit information in regards to the mortgage on the property located at 3141 Buena Vista Terrace SE, Washington, D.C. 20020 or taking any action to foreclose on this property until the conclusion of the trial. The financial hardship and emotional stress of these actions represent irreparable injury to the plaintiff. Because these actions represent an immediate threat the plaintiff request that a hearing on this action be set no later than 20 days after filing.

*Milton Ward*