UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799

VS.

CIVIL ACTION NO. 07 0413

Neighborhood Assistance Corporation of America (NACA) et al.

## Injunction

1. Plaintiff moves that defendants be enjoined to immediately pay directly to the defendant all monies held in escrow for the purpose of rehab work on the building located at 3141 Buena Vista Terrace SE Washington, DC. Due to a pressing financial situation the plaintiff request that a hearing on this action be set no later than 20 days after its filing.

*Milton Ward* (signature)

**RECEIVED**

MAR 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT