UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

MAR 2 6 2007

VS.

CIVIL ACTION NO. 07 0413

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Neighborhood Assistance Corporation of America (NACA) et al.

**AFFIDAVIT OF SERVICE**

I Milton Ward, hereby declare that on the 14th day of March, 2007, I mailed a copy of the

summons and complaint, certified mail return receipt requested, to _Tammy Johnson_

Attached hereto is the certified green card acknowledging service.

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ———————  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  C. Date of Delivery<br>L. McCorvey  3/16/07<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No  ld |
| 1. Article Addressed to:<br>Tammy Johnson<br>NACA HAND Director<br>4219 McCullough<br>San Antonio, TX 78212 | |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 0100 0004 6976 3760 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799