UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VS.           CIVIL ACTION NO. 07 0413

**RECEIVED**

MAR 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Neighborhood Assistance Corporation of America (NACA) et al.

**AFFIDAVIT OF SERVICE**

I Milton Ward, hereby declare that on the 14th day of March, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to _CitiMortgage_

Attached hereto is the certified green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Citi Mortgage
   Attn: Resident Agent
   CT Corporation
   120 South Central Ave
   Clayton, MO 63105

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 3-20-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0004 6976 3746

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

[signature: Milton Ward]

Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799