UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VS.

CIVIL ACTION NO. 07 0413

Neighborhood Assistance Corporation of America (NACA) et al.

**RECEIVED**
MAR 2 6 2007
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

I Milton Ward, hereby declare that on the 14th day of March, 2007, I mailed a copy of the summons and complaint, certified mail return receipt requested, to _Jason Tinoco_

Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) L. McCorvey   C. Date of Delivery 3/16/07 |
| 1. Article Addressed to:<br>Jason Tinoco<br>421 McCullough<br>San Antonio, TX 78212 | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0004 6976 3739 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

*Milton Ward*
Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799