UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799

**RECEIVED**

MAR 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VS.

CIVIL ACTION NO. 07 0413   (RBW)

Neighborhood Assistance Corporation of America (NACA) et al.

## Amended Pleading

1. Plaintiff moves that original complaint be amended to include the following: The contract modification referred to in paragraph 14 of the original complaint is actually a loan modification because it was a request for additional credit. The plaintiff faxed a signed letter to defendant Tammy Johnson on 23 January 2007 describing the reasons the additional funding was required and the amount that was required per Ms. Johnson's instructions. Ms. Johnson informed me in January that NACA was typically taking 90 days or more to approve these loan modification applications.

2. This loan modification letter constitutes a credit application under section 701 of the Equal Credit Opportunity Act. Section 701 states that the creditor shall notify the applicant in writing of its action on the application within 30 days and if the action is adverse the notification shall include a statement of reasons for such action. As of 26 March 2007 plaintiff has not received notification of the action on the loan modification in violation of the Equal Credit Opportunity Act.

3. Plaintiff prays for judgment against the defendants that they be made to comply with the ECOA and notify on the action in writing with a statement of reasons if action is

adverse. Because defendants admittedly routinely violate the ECOA by delaying notification plaintiff seeks $10,000 in punitive damages for failure to notify on loan modification in accordance with section 706 of the ECOA.

4. The refusal to disburse the $12,810 in escrow referenced in paragraphs 10 and 19 of the original complaint constitute a revocation of credit or change in terms of an existing credit agreement according to section 701 of the ECOA and require a notification to the applicant within 30 days of the submission of the change order request/application submitted in September 2006 and numerous times subsequently. Plaintiff has not received this notification as of 25 March 2007. Plaintiff prays for judgment that defendants notify in writing as to action on funds in escrow with statement of reasons if action is adverse. Due to blatant nature of disregard for previous request for notification and the excessive amount of time that has passed, plaintiff seeks punitive damages in the amount of $10,000 for failure to notify about escrow funds in accordance with section 706 of the Equal Credit Opportunity Act.

*Milton Ward*