UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799

**RECEIVED**

MAR 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VS.

CIVIL ACTION NO. 07 0413

Neighborhood Assistance Corporation of America (NACA) et al.

**Preliminary Injunction 2**

1. Plaintiff moves that defendants be enjoined to immediately provide written notification on their action in regards to the escrow funds and loan modification referenced in the complaint upon which this action is based and a statement of reasons if the actions are adverse. This motion is based on the notification requirements of the Equal Credit Opportunity Act. Due to the financial hardship and emotional stress caused by not being in receipt of this information and the possible impact on this case the plaintiff request that a hearing on this action be set no later than 20 days after filing.

*Milton Ward* (signature)