IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON NELSON WARD, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07- 00413 (RBW) |
| ) | |
| NEIGHBORHOOD ASSISTANCE ) | |
| CORPORATION OF AMERICA, et al. ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF BRUCE E. ALEXANDER IN SUPPORT OF
## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

The undersigned, Bruce E. Alexander, first being duly sworn according to law, deposes and states as follows:

1. My name is Bruce E. Alexander.

2. I am an attorney with the firm of Weiner Brodsky Sidman Kider PC, and my office is located at 1300 19th Street, N.W., 5th Floor, Washington, DC 20036.

3. I am currently licensed, in good standing, and admitted to practice before the State of Maryland, the District of Columbia, the U.S. District Court of Maryland, the U.S. District Court for the Southern District of Indiana, the U.S. District Court for the Western District of Tennessee, the Fourth Circuit Court of Appeals and United States Supreme Court.

4. I certify that no disciplinary action or other investigation is pending against me.

5. I have not been sought admission or been admitted *Pro Hac Vice* to this court within the last two years.

6.  I practice law at Weiner Brodsky Sidman & Kider PC, a law firm located in the District of Columbia, am a member of the District of Columbia Bar and applied for membership to this Court's Bar on March 23, 2007. I am informed that my application will not be addressed until May of this year, but it may be necessary for me to represent CitiMortgage, Inc., before this Court prior to my full admission to membership.

I hereby certify that the foregoing statements made by me are true, accurate, and based on my personal knowledge. I declare under penalty of perjury that the foregoing is true and correct. Dated: April 9, 2007.

/s/ Bruce E. Alexander
Bruce E. Alexander
(DC Bar No. 441491)
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street, N.W. 5th fl.
Washington, DC 20036
(202) 557-3527 (phone)
(202) 628-2011 (fax)
alexander@wbsk.com

F:\96063\033\Pro Hace Motion (BEA).DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON NELSON WARD, III,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>NEIGHBORHOOD ASSISTANCE  )<br>CORPORATION OF AMERICA, et al.  )<br>  )<br>  Defendants.  )<br>  ) | Civil Action No. 07-00413 (RBW) |

### DECLARATION OF BRUCE E. ALEXANDER IN SUPPORT OF
### MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

The undersigned, Bruce E. Alexander, first being duly sworn according to law, deposes and states as follows:

1. My name is Bruce E. Alexander.

2. I am an attorney with the firm of Weiner Brodsky Sidman Kider PC, and my office is located at 1300 19th Street, N.W., 5th Floor, Washington, DC 20036.

3. I am currently licensed, in good standing, and admitted to practice before the State of Maryland, the District of Columbia, the U.S. District Court of Maryland, the U.S. District Court for the Southern District of Indiana, the U.S. District Court for the Western District of Tennessee, the Fourth Circuit Court of Appeals and United States Supreme Court.

4. I certify that no disciplinary action or other investigation is pending against me.

5. I have not been sought admission or been admitted *Pro Hac Vice* to this court within the last two years.

6. I practice law at Weiner Brodsky Sidman & Kider PC, a law firm located in the District of Columbia, am a member of the District of Columbia Bar and applied for membership to this Court's Bar on March 23, 2007. I am informed that my application will not be addressed until May of this year, but it may be necessary for me to represent CitiMortgage, Inc., before this Court prior to my full admission to membership.

I hereby certify that the foregoing statements made by me are true, accurate, and based on my personal knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 9, 2007.

Bruce E. Alexander
(DC Bar No. 441491)
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street, N.W. 5th fl.
Washington, DC  20036
(202) 557-3527 (phone)
(202) 628-2011 (fax)
alexander@wbsk.com

F:\96063\033\Pro Hace Motion (BEA).DOC