UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA CUMMOCK, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 96-cv-1029 (CKK) ) |
| SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA, *et al.*, | ) ) ) |
| Defendants | ) ) |

### DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR WRIT OF EXECUTION

Defendants' (hereafter "Libya") oppose plaintiffs' motion for issuance of a writ of execution and request that the Court delay any decision regarding plaintiffs' motion for a period of sixty days.

The Court may take judicial notice that a new Minister of Justice, His Excellency Mustafa Abdeljalil, was recently appointed to the Ministry of Justice in Tripoli, Libya. The Ministry of Justice is charged with issues relating to international litigation and has direct oversight in the above captioned matter.

The delay of a decision by the Court regarding plaintiffs' motion for a writ of execution will allow Libya's Ministry of Justice to make the necessary evaluation relating to the above captioned matter and to possibly avoid any further proceeding relating to the judgment issued by the Court. The additional time will also allow for notification to Libya's counsel and the transmission of any instructions or decisions to plaintiffs' counsel as well as possible implementation steps.

## **CONCLUSION**

For the foregoing reasons, the Court should deny plaintiffs' motion for issuance of a writ without prejudice and allow Libya a period of sixty days from the issuance of the Court's Order for a resolution relating to the Court's previously issued judgment. A proposed order is attached hereto.

Dated:   April 6, 2007

Respectfully Submitted,

/s/ Arman Dabiri

Arman Dabiri
Law Offices of Arman Dabiri &
    Associates, PLLC
1725 I Street, N.W.
Washington, D.C. 20006
(202) 349-3893
E-mail: armandab@worldnet.att.net

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2007, a copy of the foregoing document was served, by Federal Express priority parcel, on the attorney of the plaintiffs at the following address:

> Jodi Flowers, Esq.
> Motely Rice LLC
> 28 Bridgeside Blvd.
> Mount Pleasant, SC 29464

_____
Arman Dabiri

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTORIA CUMMOCK, *et al.*,      ) | |
| ) | |
| Plaintiffs,      ) | |
| ) | Case No. 96-CV-1029 (CKK) |
| v.      ) | |
| ) | |
| SOCIALIST PEOPLE'S LIBYAN      ) | |
| ARAB JAMAHIRIYA, *et al.*,      ) | |
| ) | |
| Defendants      ) | |
| ) | |

**ORDER**

The Court having considered plaintiffs' Motion for Issuance of A Writ of Execution, defendants' opposition thereto, and all relevant responses and replies, it is hereby

**ORDERED**, that plaintiffs' Motion to Unseal is **DENIED** and it is further

**ORDERED,** that defendants are granted sixty days to resolve any issues relating to the Court's October 16, 2006 judgment.

                                                                                  _____
                                                                                  UNITED STATES DISTRICT JUDGE

Dated:_____, 2007