**RECEIVED**

APR 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VS.

CIVIL ACTION NO. 07 0413 RBW

Neighborhood Assistance Corporation of America (NACA) et al.

## AFFIDAVIT OF SERVICE

I Milton Ward, hereby declare that on the 21st day of March, 2007, I mailed a copy of the Preliminary Injunction and the motion titled Injunction, certified mail return receipt requested, to Citi Mortgage_____ Attached hereto is the certified green card acknowledging service.

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Citi Mortgage<br>Resident Agent: CT Corporation<br>120 South Central Ave.<br>Clayton, MO 63105 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2150 0002 6305 9877 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

_[signature]_
Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0002 6305 9877**
Status: **Delivered**

Your item was delivered at 8:27 AM on March 27, 2007 in SAINT LOUIS, MO 63105.

**Track & Confirm**
Enter Label/Receipt Number.

( Additional Details > )  ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VS.
           CIVIL ACTION NO. 07 0413

Neighborhood Assistance Corporation of America (NACA) et al.

## AFFIDAVIT OF SERVICE

I Milton Ward, hereby declare that on the 21st day of March, 2007, I mailed a copy of the Preliminary Injunction and the motion titled Injunction, certified mail return receipt requested, to _Karen Clark_ Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Karen Clark
Citi Mortgage Loss Mitigation Dept
1000 Technology Drive
O' Fallon, MO 63368-2240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): RUNYAN
C. Date of Delivery: 3/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):
7006 2150 0002 6305 9884

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

_Milton Ward_ (signature)
Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VS.
          CIVIL ACTION NO. 07 0413

Neighborhood Assistance Corporation of America (NACA) et al.

### AFFIDAVIT OF SERVICE

I Milton Ward, hereby declare that on the 21st day of March, 2007, I mailed a copy of the Preliminary Injunction and the motion titled Injunction, certified mail return receipt requested, to _Bruce Macks_ Attached hereto is the certified green card

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>Bruce Macks<br>43 Sheridan St<br>Boston, MA 02130 | D. Is delivery address different from item 1? ☒ Yes<br>If YES, enter delivery address below: ☐ No<br>77 Sheridan St. | |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes | |
| 2. Article Number (Transfer from service label) | 7006 2150 0002 6305 9853 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |

 

*[signature]*
Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VS.
              CIVIL ACTION NO. 07 0413

Neighborhood Assistance Corporation of America (NACA) et al.

## AFFIDAVIT OF SERVICE

I Milton Ward, hereby declare that on the 21st day of March, 2007, I mailed a copy of the Preliminary Injunction and the motion titled Injunction, certified mail return receipt requested, to _NACA_ Attached hereto is the certified green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
NACA
Attn: Bruce Macks, President
43 Sheridan St
Boston, MA 02130

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☒ Yes
   If YES, enter delivery address below: ☐ No
   77 Sheridan St.

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 2150 0002 6305 9846

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VS.
CIVIL ACTION NO. 07 0413

Neighborhood Assistance Corporation of America (NACA) et al.

**AFFIDAVIT OF SERVICE**

I Milton Ward, hereby declare that on the 21st day of March, 2007, I mailed a copy of the motion titled Preliminary Injunction and the motion titled Injunction, certified mail return receipt requested, to _Tammy Johnson_ Attached hereto is the tracking report on the item printed from the U.S. Postal Service website. The item arrived at the location on the 23rd day of March.

Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799



Home | Help | Sign In

Track & Confirm            FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 2150 0002 6305 9860**
Status: **Arrival at Unit**

Your item arrived at 7:16 AM on March 23, 2007 in SAN ANTONIO, TX 78212. Information, if available, is updated every evening. Please check again later.

*Additional Details >*    *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  Go >



POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VS.
              CIVIL ACTION NO. 07 0413

Neighborhood Assistance Corporation of America (NACA) et al.

**AFFIDAVIT OF SERVICE**

I Milton Ward, hereby declare that on the 21st day of March, 2007, I mailed a copy of the motion titled Preliminary Injunction and the motion titled Injunction, certified mail return receipt requested, to ___Jason Tinoco___ Attached hereto is the tracking report on the item printed from the U.S. Postal Service website. The item arrived at the location on the 23rd day of March.

Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm   FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 2150 0002 6305 9891**
Status: **Arrival at Unit**

Your item arrived at 7:16 AM on March 23, 2007 in SAN ANTONIO, TX 78212. Information, if available, is updated every evening. Please check again later.

*Additional Details >*   *Return to USPS.com Home >*

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

JT

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do   4/5/2007