IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON NELSON WARD, III, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEIGHBORHOOD ASSISTANCE )<br>CORPORATION OF AMERICA, et al. )<br>)<br>Defendants. )<br>) | Civil Action No.  07- 00413 (RBW) |

**MOTION FOR ADMISSION PRO HAC VICE**

Comes now **DAVID M. SOUDERS** of the law firm of Weiner Brodsky Sidman & Kider PC, attorney for defendants, CitiMortgage, Inc. ("CMI") and Karen Clark ("Clark") and moves this Honorable Court for an Order authorizing Bruce E. Alexander for admission *pro hac vice*, and in support thereof, states as follows:

1. That the aforesaid attorney, along with David M. Souders of Weiner Brodsky Sidman & Kider PC, represent defendants in the above-styled cause.

2. That Bruce E. Alexander is an attorney who was admitted to practice in the District of Columbia and is currently a member in good standing and practices with the firm of Weiner Brodsky Sidman & Kider PC.

3. Bruce E. Alexander is not currently suspended or disbarred in any jurisdiction and there are no pending disciplinary matters against him.

Bruce E. Alexander has been admitted to practice before the following courts: the State of Maryland, the District of Columbia, the U.S. District Court of Maryland, the U.S. District Court

for the Southern District of Indiana, the U.S. District Court for the Western District of Tennessee, the Fourth Circuit Court of Appeals and United States Supreme Court.

    4.    Allowing this Motion will further facilitate the defense of defendants, facilitate the handling of this case before this Court, and will work no prejudice upon any party herein, this Court, or the administration of justice.

WHEREFORE, David M. Souders of the law firm of Weiner Brodsky Sidman & Kider PC, prays that this Court grant Admission Pro Hac Vice for Bruce E. Alexander in the above-styled cause.

Dated: April 9, 2007

                              Respectfully submitted,

By:      /s/ David M. Souders
        David M. Souders, Esq.
        (DC Bar No. 441491)
        WEINER BRODSKY SIDMAN KIDER PC
        1300 19th Street, N.W. 5th fl.
        Washington, DC 20036
        (202) 628-2000 (phone)
        (202) 628-2011 (fax)

*Attorney for CitiMortgage, Inc., and Karen Clark*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY on this 9th day of April, 2007, that copies of the foregoing Motion for Admission Pro Hac Vice and Declaration of Bruce E. Alexander were mailed first class postage prepaid and addressed to the following:

| | |
|---|---|
| Milton Nelson Ward III<br>3141 Buena Vista Terrace SE<br>Apt. 3<br>Washington, DC  20020 | Neighborhood Assistance Corporation of America<br>and<br>Bruce Marks, President<br>43 Sheridan Street<br>Boston, MA  02130 |
| Tammy Johnson<br>NACA HAND Director<br>and<br>Jason Tinoco<br>NACA Senior HAND Coordinator<br>4219 McCullough<br>San Antonio, TX  78212 | |

                                                         /s/ David M. Souders_____
                                                  David M. Souders

F:\96063\033\Pro Hace Motion (BEA).DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON NELSON WARD, III,<br><br>    Plaintiff,<br><br>v.<br><br>NEIGHBORHOOD ASSISTANCE<br>CORPORATION OF AMERICA, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07- 00413 (RBW)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF BRUCE E. ALEXANDER IN SUPPORT OF**
**MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***

The undersigned, Bruce E. Alexander, first being duly sworn according to law, deposes and states as follows:

1. My name is Bruce E. Alexander.

2. I am an attorney with the firm of Weiner Brodsky Sidman Kider PC, and my office is located at 1300 19th Street, N.W., 5th Floor, Washington, DC 20036.

3. I am currently licensed, in good standing, and admitted to practice before the State of Maryland, the District of Columbia, the U.S. District Court of Maryland, the U.S. District Court for the Southern District of Indiana, the U.S. District Court for the Western District of Tennessee, the Fourth Circuit Court of Appeals and United States Supreme Court.

4. I certify that no disciplinary action or other investigation is pending against me.

5. I have not been sought admission or been admitted *Pro Hac Vice* to this court within the last two years.

6.  I practice law at Weiner Brodsky Sidman & Kider PC, a law firm located in the District of Columbia, am a member of the District of Columbia Bar and applied for membership to this Court's Bar on March 23, 2007. I am informed that my application will not be addressed until May of this year, but it may be necessary for me to represent CitiMortgage, Inc., before this Court prior to my full admission to membership.

I hereby certify that the foregoing statements made by me are true, accurate, and based on my personal knowledge. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 9, 2007.

Bruce E. Alexander
(DC Bar No. 441491)
WEINER BRODSKY SIDMAN KIDER PC
1300 19th Street, N.W. 5th fl.
Washington, DC  20036
(202) 557-3527 (phone)
(202) 628-2011 (fax)
alexander@wbsk.com

F:\96063\033\Pro Hace Motion (BEA).DOC