UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VS.              CIVIL ACTION NO. 07 0413

Neighborhood Assistance Corporation of America (NACA) et al.

## AFFIDAVIT OF SERVICE

I Milton Ward, hereby declare that on the 26th day of March, 2007, I mailed a copy of the amended complaint and the motion titled Preliminary Injunction 2, certified mail return receipt requested, to *Citi Mortgage* Attached hereto is the certified green card acknowledging service.

[Attached Domestic Return Receipt (PS Form 3811):
- Article Addressed to: Citi Mortgage, Resident Agent; CT Corporation, 120 South Central Ave, Clayton, MO 63105
- Service Type: Certified Mail
- Article Number: 7006 2150 0002 6305 9990]

Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799



Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

Label/Receipt Number: **7006 2150 0002 6305 9990**
Status: **Delivered**

Your item was delivered at 8:15 AM on March 29, 2007 in SAINT LOUIS, MO 63105.

*Additional Details >*   *Return to USPS.com Home >*

**Track & Confirm**

Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   *Go >*

**Return Receipt (Electronic)**
Verify who signed for your item by email.   *Go >*



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VS.         CIVIL ACTION NO. 07 0413

Neighborhood Assistance Corporation of America (NACA) et al.

**AFFIDAVIT OF SERVICE**

I Milton Ward, hereby declare that on the 26th day of March, 2007, I mailed a copy of the amended complaint and the motion titled Preliminary Injunction 2, certified mail return receipt requested, to _Karen Clack_ Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Karen Clack
Citi Mortgage Loss Mitigation Dept
1000 Technology Drive
O'Fallon, MO 63368-2240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  S. Bendzick    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): J. Bendzick
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0002 6305 9983

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

*Milton Ward*

Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799



**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 2150 0002 6305 9983**
Status: **Delivered**

Your item was delivered at 10:50 AM on March 29, 2007 in O FALLON, MO 63368.

**Track & Confirm**
Enter Label/Receipt Number.

Additional Details >    Return to USPS.com Home >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    Go >

**Return Receipt (Electronic)**
Verify who signed for your item by email.    Go >



POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VS.

CIVIL ACTION NO. 07 0413

Neighborhood Assistance Corporation of America (NACA) et al.

### AFFIDAVIT OF SERVICE

I Milton Ward, hereby declare that on the 26th day of March, 2007, I mailed a copy of the amended complaint and the motion titled Preliminary Injunction 2, certified mail return receipt requested, to _Bruce Macks_ Attached hereto is the certified green card acknowledging service.

[Domestic Return Receipt – PS Form 3811, February 2004; addressed to: Bruce Macks, President of NACA, 43 Sheridan St, Jamaica Plains, MA 02130; Article Number: 7006 2150 0002 6305 9976; Certified Mail checked]

Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VS.

CIVIL ACTION NO. 07 0413

Neighborhood Assistance Corporation of America (NACA) et al.

## AFFIDAVIT OF SERVICE

I Milton Ward, hereby declare that on the 26th day of March, 2007, I mailed a copy of the amended complaint and the motion titled Preliminary Injunction 2, certified mail return receipt requested, to _NACA_ Attached hereto is the certified green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
NACA
Hn: Bruce Marks, President
3 Sheridan St
Jamaica Plains, MA 02130

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label)
7006 2150 0002 6305 9969

Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

[signature: Milton Ward]

Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VS.

CIVIL ACTION NO. 07 0413

Neighborhood Assistance Corporation of America (NACA) et al.

### AFFIDAVIT OF SERVICE

I Milton Ward, hereby declare that on the 26th day of March, 2007, I mailed a copy of the amended complaint and the motion titled Preliminary Injunction 2, certified mail return receipt requested, to Tammy Johnson. Attached hereto is the certified green card acknowledging service.

Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VS.

CIVIL ACTION NO. 07 0413

Neighborhood Assistance Corporation of America (NACA) et al.

## AFFIDAVIT OF SERVICE

I Milton Ward, hereby declare that on the 26th day of March, 2007, I mailed a copy of the amended complaint and the motion titled Preliminary Injunction 2, certified mail return receipt requested, to __Jason Tinoco__ Attached hereto is the certified green card acknowledging service.

| NDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. Print your name and address on the reverse so that we can return the card to you. Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _Julia Zarate_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _D. Cantu_   C. Date of Delivery 3/28/07<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| Article Addressed to:<br>Jason Tinoco<br>ACA Senior HAND Coordinator<br>219 Mc Cullough<br>Antonio, TX 78212 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| Article Number (Transfer from service label) | 7006 2150 0002 6305 9945 |
| Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

*Milton Ward*

Milton Nelson Ward III
3141 Buena Vista Terrace SE
Apt 3
Washington, DC 20020
202-731-1799