UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILTON NELSON WARD, III ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEIGHBORHOOD ASSISTANCE ) <br> CORPORATION OF AMERICA, et al., ) <br> ) <br>     Defendants ) <br> _____) | Civil Action No. 07-413 (RBW) |

## ORDER

Upon consideration of the parties' arguments presented to the court during the hearing held on April 18, 2007, on the plaintiff's motions for a preliminary injunction, [D.E. # 2, 3 & 11] and Defendant's Rule 12(b)(1) Motion to Dismiss Based Upon an Arbitration Agreement Between the Parties, or in the Alternative, for Summary Judgment [D.E. # 18], it is hereby

ORDERED that the plaintiff's motions for injunctive relief are denied. The plaintiff has not demonstrated a substantial likelihood of success on the merits because he is bound by an arbitration agreement which governs the disputes between the parties arising out of his contract with defendant Neighborhood Assistance Corporation of America. Accordingly, the plaintiff must submit the dispute to arbitration as this Court is without jurisdiction of the plaintiff's claims. It is further

ORDERED that the defendant CitiMortgage Inc.'s ("CMI") motion to dismiss is granted and its alternative motion for summary judgment is denied as moot. Dismissal is required because there is no basis for a finding of liability against defendant CMI based on the claims raised by the plaintiff in this matter. It is further

ORDERED that the plaintiff's <u>ore tenus</u> motion to amend his complaint as related to defendant CMI is denied as this amendment would be fruitless. It is further

ORDERED that this case is dismissed with prejudice.

SO ORDERED on this 29th day of April, 2007.

                REGGIE B. WALTON
                United States District Judge